IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

BOBBY RIMMER and
SHARON RIMMER,

      Plaintiffs,

vs.                                              CIVIL ACTION NO. 09-RRA-405-E

ERA KING REAL ESTATE COMPANY,
INC., ANNA-MARIE MOORER,
and ANNA KING,

      Defendants.

## ORDER

      The parties are reminded of their obligations under Fed. R. Civ. P. 26(f) and LR 26.1(d).  If the parties are unable to agree upon a time and place, the required meeting shall be held at 10:00 a.m. on the last Friday falling within 45-days of this order in the chambers of the undersigned magistrate judge in the United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama.  If use of the court's chambers is required, counsel should telephone at least seven days prior to the meeting to advise the court.  If a party is proceeding without counsel, the obligation to telephone chambers rests upon counsel for the opposing party.

      The court expects a report of the parties' planning meeting in the general format of the USDC ND Ala Form 35 or Fed. R. Civ. P. Appendix Form 35 to be submitted jointly by the parties within 10 days after the meeting.  Should there be an item as to which the parties disagree, the positions of the parties as to that item should be clearly set forth in separate paragraphs.

      In addition to the matters required to be discussed and reported under the preceding paragraphs, the parties shall consider whether this action may be suitable for mediation under the

court's ADR plan.  The result of those discussions shall be included in the report filed with the court.

The parties are authorized to commence discovery pursuant to the terms of Rule 26, Fed.R.Civ.P. and LR 26.1 immediately after the required report has been filed.  In the event of a dispute between the parties regarding the sequence of depositions, the plaintiff(s) shall be deposed before taking the depositions(s) of the defendant(s).

Any defendant who has not been served with the summons and complaint within 130 days after the filing of the complaint will be dismissed, without further notice, unless prior to such time the party on whose behalf such service is required shows good cause why service has not been made.

The Clerk is DIRECTED to serve a copy of this order.

Done this 5th of June, 2009.

_____
Robert R. Armstrong, Jr.
United States Magistrate Judge