# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY RIMMER and SHARON RIMMER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.  CV-09-RRA-0405 |
| ERA KING REAL ESTATE COMPANY, INC.; ANNA-MARIE MOORER; and ANNA KING, | ) ) ) ) | |
| Defendants. | ) | |

### REPORT OF PARTIES PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties held a meeting on Monday, June 29, 2009, at which time the following matters were addressed:

1. The meeting was attended by:

   For Plaintiff:
   Payton C. Lusk, Esq.
   Lusk, Caldwell & Dean, P.C.
   2101 Highland Avenue South, Suite 410
   Birmingham, AL  35205

   For Defendant:
   Wm. Dudley Motlow, Jr., Esq.
   Porterfield, Harper, Mills & Motlow, P.A.
   22 Inverness Center Parkway, Suite 600
   Birmingham, AL  35203

2. <u>Pre-Discovery Disclosures</u>.  The parties will exchange initial disclosures 30 days after the Rule 26(f) Conference.  Supplementation of initial disclosures shall be made no later than 30 days prior to the discovery deadline.

3. <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan:

    A.    Discovery will be needed on Plaintiff's claims and damages and Defendant's defenses;

    B.    All discovery must be commenced in time to be completed by Thursday, March 4, 2010;

    C.    Maximum of 30 interrogatories, including sub-parts, by each party to any other party.  Responses due 30 days after service;

    D.    Maximum of 7 depositions by each party.  Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties;

    E.    Maximum of 30 requests for admission by each party to any other party.  Responses due 30 days after service;

    F.    Maximum of 30 requests for production of documents, including sub-parts, by each party to any other party.  Responses due 30 days after service.

4. <u>Additional Parties/Amended Pleadings</u>.  The deadline for the parties to add additional parties or amend the pleadings is:

    Plaintiff:    January 7, 2010

    Defendant:    February 5, 2010

5. <u>Expert Reports</u>.  Reports from retained experts under Rule 26(a)(2) shall be due:

    For Plaintiff:    March 18, 2010

    For Defendant:    April 19, 2010

6. <u>Dispositive Motions</u>.  All dispositive motions must be filed by May 2, 2010.

7. <u>Pretrial Disclosures</u>.  Final lists of witnesses and exhibits under Rule 26(a)(3) are due 30 days before trial.

8. <u>Pretrial Conference</u>.  The parties request a pretrial conference in Birmingham, Alabama.

9. <u>Trial</u>.  This case should be ready for trial by July, 2010.  The parties estimate the trial will last 7-10 days.

Dated:    June 29, 2009.

Respectfully submitted,

  s/  Payton C. Lusk
Payton C. Lusk  (ASB-0328-U63P)
Counsel for Plaintiff
Lusk, Caldwell & Dean, P.C.
2101 Highland Avenue South, Suite 410
Birmingham, AL  35205
(205 933-7090
(205) 933-7099  fax
pcl@lusklaw.com

        s/ Wm. Dudley Motlow, Jr.
        Wm. Dudley Motlow, Jr. (ASB-1563-L59W)
        Counsel for Defendant
        Wm. Dudley Motlow, Jr., Esq.
        Porterfield, Harper, Mills & Motlow, P.A.
        22 Inverness Center Parkway, Suite 600
        Birmingham, AL  35203
        (205) 980-5000
        (205) 980-5001  fax
        wdm@phm-law.com